IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gompertz, Karla M

Printed: 01/22/09

Case Number: 05 B 13890
Judge: Hollis, Pamela S
Filed: 4/13/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: December 11, 2008
Confirmed: June 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,660.00 |  |
| Secured: |  | 3,124.18 |
| Unsecured: |  | 1,324.76 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,800.00 |
| Trustee Fee: |  | 351.06 |
| Other Funds: |  | 60.00 |
| Totals: | 6,660.00 | 6,660.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Gleason & MacMaster | Administrative | 1,800.00 | 1,800.00 |
| 2. | Amer Leasing Sales Inc | Secured | 3,124.18 | 3,124.18 |
| 3. | RJM Acquisitions LLC | Unsecured | 10.53 | 19.40 |
| 4. | Premier Bankcard | Unsecured | 17.62 | 32.49 |
| 5. | Asset Acceptance | Unsecured | 129.62 | 238.97 |
| 6. | Asset Acceptance | Unsecured | 40.11 | 73.95 |
| 7. | Illinois State Tollway | Unsecured | 491.81 | 906.67 |
| 8. | Heller & Frisone Ltd | Unsecured | 18.90 | 34.84 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 10.00 | 18.44 |
| 10. | ANA Investment & Management | Unsecured |  | No Claim Filed |
| 11. | AT&T Broadband | Unsecured |  | No Claim Filed |
| 12. | Charles J Zasso DDS | Unsecured |  | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 14. | Glen Ellyn Police Dept | Unsecured |  | No Claim Filed |
| 15. | Plains Commerce Bank | Unsecured |  | No Claim Filed |
| 16. | Newport News | Unsecured |  | No Claim Filed |
| 17. | Northwest Community Hospital | Unsecured |  | No Claim Filed |
| 18. | Village of Arlington Heights | Unsecured |  | No Claim Filed |
|  |  |  | $ 5,642.77 | $ 6,248.94 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Gompertz, Karla M | Case Number: 05 B 13890 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 01/22/09 | Filed: 4/13/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 16.92 |
| 5.5% | 78.31 |
| 5% | 18.54 |
| 4.8% | 48.79 |
| 5.4% | 105.22 |
| 6.5% | 60.11 |
| 6.6% | 23.17 |
| | $ 351.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

